## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| PARK HOSPITALITY LLC, | Case No. 18-CV-2171 (NEB/ECW) |
| Plaintiff/Counter-Defendant, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| SANGHA HOSPITALITY, LLC and RUPINDER S. SANGHA, | |
| Defendants/Counter-Claimants. | |

The Court has received the June 24, 2020 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 96.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 96) is ACCEPTED;

2. Defendants' First Amended Answer (ECF No. 25) is STRICKEN;

3. The Counterclaim asserted in Sangha Hospitality LLC's First Amended Answer and First Amended Counterclaim (ECF No. 25) against Park Hospitality LLC is DISMISSED WITH PREJUDICE;

4. Park Hospitality LLC's request for Entry of Default Judgment against Defendants is GRANTED;

5. That Park Hospitality LLC is AWARDED $304,000.00 in liquidated damages, and that JUDGEMENT BE ENTERED against Defendants, jointly and severally, for this amount payable to Park Hospitality LLC; and

6. Park Hospitality LLC is DIRECTED to file a petition with this Court setting forth evidence as to the reasonable attorneys' fees and costs incurred in bringing this action and defending against Defendant Sangha Hospitality, LLC's Counterclaim within fourteen (14) days of this Order. The petition should exclude any fees for work performed related to attorneys' fees already awarded by the Court. Defendants will then have five (5) days to object to any fee or cost.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 24, 2020                                  BY THE COURT:

                                                        s/Nancy E. Brasel
                                                        Nancy E. Brasel
                                                        United States District Judge